RECEIVED
FEB 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. 05-60040-02 |
| Plaintiff, | : | |
| vs. | : | July 28, 2006 |
| LIONEL JOSEPH HENDERSON, JR., | : | |
| Defendant. | : | Lafayette, Louisiana |

REPORTER'S OFFICIAL TRANSCRIPT OF THE SENTENCING HEARING
BEFORE THE HONORABLE TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE.

APPEARANCES:

FOR THE PLAINTIFF: BRETT L. GRAYSON
 Assistant U.S. Attorney
 800 Lafayette St., Ste. 2200
 Lafayette, LA  70501

FOR THE DEFENDANT: JOHN S. MCLINDON
 Rainer, Anding, & McLindon
 8480 Bluebonnet Blvd., Ste. D
 Baton Rouge, LA  70810

REPORTED BY: LARAE BOURQUE, RPR, CRR
 United States Court Reporter
 800 Lafayette St., Ste. 3103
 Lafayette, LA  70501

25 pages

ORIGINAL