UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 05-60040 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| LIONEL J. HENDERSON | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Lionel J. Henderson's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. 153) was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation, *R. 166*, is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that Lionel J. Henderson's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Rec. Doc. 153) is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 25th day of February, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE