UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| United States of America | Criminal Action No. 6:05-cr-60040-002 |
| | Civil Action No.  6:09CV00451 |
| versus | Judge Tucker L. Melançon |
| Henderson, et al | Magistrate Judge Hanna |

## CERTIFICATE AS TO APPEALABILITY

Before the Court is a Notice of Appeal and Request for Certificate of Appealability [Rec. Doc. 192] filed in the above captioned habeas corpus case, in which the detention complained of arises out of a final order issued by this Court.

After considering the record in this case and the requirements of 28 U.S.C.§ 2253, this Court hereby finds that a certificate of appealability is DENIED for the following reasons:

The analysis contained in the Report and Recommendation of the Magistrate Judge entered on October 29, 2010 [Rec. Doc. 166] and entered as a final judgment on February 25, 2011, demonstrates that petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Signed at Lafayette, Louisiana, this 28th day of February, 2011.

_____

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE