U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 3 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LIONEL JOSEPH HENDERSON | CIVIL ACTION 05-60040 |
| VERSUS | JUDGE HAIK |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that the instant motion is held to be successive and is hereby **TRANSFERRED** to the United States Fifth Circuit Court of Appeals pursuant to 28 U.S.C. section 1631 for further proceedings as provided by 28 U.S.C. section 2244.

**THUS DONE** and **SIGNED** on this 3rd day of June, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA